AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Christopher Ivan Lund )
 )
 )
 )
 )
_____ )
*Plaintiff(s)* )
v. ) Civil Action No.
Coastal Development Group Inc. of Greater New )
Orleans, Bienville Broads, LLC and Beverly Gariepo )
in her official capacity as Ex-Officio Tax Collector oof )
City of New Orleans )
 )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Beverly Gariepo as Ex-Officio Tax Collector City of New Orleans
c/o Donesia Turner
1300 Perdido Street, Suite 5E01
New Orleans, Louisiana 70125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory Swafford
8007 Brevard Avenue (70127)
P.O. Box 820510
New Orleans, Louisiana 70182

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Christopher Ivan Lund

*Plaintiff(s)*

v.  Civil Action No.

Coastal Development Group Inc. of Greater New Orleans, Bienville Broads, LLC and Beverly Gariepo in her official capacity as Ex-Officio Tax Collector oof City of New Orleans

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bienville Broads, LLC
c/o Jessie Campora
3124 Jena Street
New Orleans, Louisiana 70125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory Swafford
8007 Brevard Avenue (70127)
P.O. Box 820510
New Orleans, Louisiana 70182

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| Christopher Ivan Lund | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| Coastal Development Group Inc. of Greater New Orleans, Bienville Broads, LLC and Beverly Gariepo in her official capacity as Ex-Officio Tax Collector oof City of New Orleans | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Coastal Development Group Inc. of Greater New Orleans
c/o Wolfe Law Group, LLC
365 Canal Street, Suite 1680
New Orleans, Louisiana 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory Swafford
8007 Brevard Avenue (70127)
P.O. Box 820510
New Orleans, Louisiana 70182

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*